IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01934-MEH

LYNN RUNYAN,

    Plaintiff,

v.

RV AMERICA THE MARKETPLACE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 9, 2016**.

    For good cause shown, Plaintiff's Unopposed Motion to Modify the Scheduling Order Regarding Expert Disclosure Deadline [filed February 5, 2016; docket #13] is **granted**. Paragraph 9 of the operative Scheduling Order is modified as follows:

d.3.    Initial expert designation:    March 18, 2016
d.4.    Rebuttal expert designation:  April 18, 2016

All other deadlines and conference dates shall remain the same.