IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-01934-MEH

LYNN RUNYAN,

    Plaintiff,

v.

RV AMERICA THE MARKETPLACE, INC.,

    Defendant.

---

### ORDER CLOSING CASE
---

Before the Court is a Stipulated Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed April 15, 2016; docket #17]. The Court finds the Stipulation and terms of the dismissal proper. Therefore, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 18th day of April, 2016.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge